John C. BILES v. STATE. (No. 8344.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. No statement of facts

accompanies the record, nor is there complaint of any ruling of the trial court presented by bill of exceptions. No fundamental error is perceived. The judgment is affirmed.